Steven Gaudette
46 Bow St. #2
Medford MA 02155
Tel: 781-393-9660
Email: segaudette@comcast.net

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steven Gaudette, Pro Se | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| Alegis Group Limited Partnership and | )<br>) |
| Sherman Acquisition Limited Partnership | )<br>)<br>) |
| Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**N04 CV 12645 JLT**

**COMPLAINT**

RECEIPT # _____
AMOUNT $ __150 00__
SUMMONS ISSUED __2__
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

**JURY TRIAL DEMANDED**

MAGISTRATE JUDGE _____

Plaintiff, Steven Gaudette, Pro Se, upon information and belief and in good faith, alleges as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by an individual consumer against the defendant for violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681 et seq and the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692 et seq.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 15 U.S.C. § 1692k. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendants transact business here.

## PARTIES

3. Plaintiff Steven Gaudette is a natural person residing in the city of Medford, Suffolk County, Commonwealth of Massachusetts. He is a consumer within the meaning of the "FDCPA", as defined at 15 U.S.C. §1692a (3), and within the meaning of the "FCRA" as defined at 15 U.S.C. §1681a (c).

4. Upon information and belief, Defendant Alegis Group Limited Partnership ("Alegis") is a corporation with its headquarters in Greenville, South Carolina that regularly collects or attempts to collect debts owed or due or asserted to be owed or due and is "debt collector" within the meaning of the "FDCPA", as defined at 15 U.S.C. § 1692a(6).

5. Upon information and belief, Defendant Sherman Acquisition Limited Partnership ("Sherman") is a corporation that has its headquarters in Greenville, South Carolina and also Houston, Texas who is a "furnisher of information" to the Credit Reporting Agencies, and has specific responsibilities as outlined in 15 U.S.C. §1681s-2 and is also a "debt collector" as defined by 15 U.S.C. § 1692a (6)

## STATEMENT OF FACTS

6. On or about July 27, 2004, Plaintiff reviewed his Equifax Consumer Report ("Equifax") from the equifax.com website and noticed an entry that read "Sherman Acquisitions LP", the account was listed as "open" and "120 days past due" with the date of "last activity" as June 2001".

7. On or about July 27, 2004, Plaintiff reviewed his Experian Consumer Report ("Experian") from the experian.com website and noticed an entry that read "Sherman Acquisitions LP"; the account was listed as an "installment account" The account also lists Providian Financial as the former creditor.

8. On July 30, 2004, Plaintiff mailed a formal demand for debt validation to Defendant Sherman. The letter disputed the validity of the account under consumer guarantees provided by FDCPA. The letter was sent certified mail; return receipt (#7001-1940-0001-3318-9218) requested to the correspondence address and was received by Defendant on August 3, 2004. No response was received. A true and correct copy of the letter and return receipt is attached as Exhibit A.

9. On or about August 07, 2004, Plaintiff mailed a letter pursuant to the FCRA to Experian. This letter was to dispute the incorrect information that the Defendant is reporting on the Plaintiffs Experian credit report. A true and correct copy is attached as Exhibit B.

10. On or about August 09, 2004, Plaintiff mailed a letter pursuant to the FCRA, to Equifax. This letter was to dispute the negative information that Defendant Sherman is reporting on the Plaintiffs Equifax credit report. A true and correct copy is attached as Exhibit C.

11. On or about September 9, 2004, Plaintiff received the results of the dispute from Experian. The results of the dispute were that Defendant Sherman verified the information that they are reporting as correct and that the item would remain on the credit report. The Defendant failed and/or refused to communicate to Experian that the disputed debt was in dispute by the Plaintiff. A true and correct copy, with information about other accounts redacted, is attached as Exhibit D.

12. On or about September 9, 2004, Plaintiff received the results of the Equifax dispute. The results of the dispute were that the Defendant verified the information that it is reporting as correct and that the item would remain. Defendant Sherman failed and/or refused to communicate to Equifax that the disputed debt was in dispute by the Plaintiff. Defendant also reported this account as "open" which lowered the Plaintiffs credit score. A true and correct copy is attached as Exhibit E.

13. On or about August 30, 2004 Plaintiff logged onto the Equifax website to check his credit report. The Plaintiff initiated and on-line dispute of the incorrect information that Defendant Sherman is reporting on the Plaintiffs Equifax credit report.

14. On or about September 30, 2004, Plaintiff received the results of the dispute. The results of the dispute were that Defendant Sherman verified the information that it is reporting as correct and that the item would remain. The Defendant changed the date of last activity to April 2004. This pushed up the date by over two and a half years, effectively "re-aging" the account listing and lowering the Plaintiffs credit score even further. The Defendant also failed and/or refused to

communicate to Equifax that the disputed debt was in dispute by the Plaintiff. A true and correct copy is attached as Exhibit F

15. On September 20, 2004, Plaintiff mailed another formal demand for debt validation to Defendant Sherman. The letter disputed the validity of the account under consumer guarantees provided by the FDCPA. Plaintiff also stated in the letter that the Defendant was in violation of the reporting requirements of the FCRA. The letter was sent certified mail; return receipt (#7002-3150-0003-4857-8263) requested to the correspondence address and was received by Defendant on September 24, 2004. No response was received. A true and correct copy and return receipt is attached as Exhibit G

16. On September 30, 2004, Plaintiff applied for a Personal Loan at the Digital Federal Credit Union in the amount of $7500.00.The loan request was denied with the principle reason being the incorrect/ negative information that the Defendant is providing to the Plaintiffs Equifax Consumer Report. The Plaintiffs credit report has no negative information other than what the Defendant is reporting. A true and correct copy of the denial letter is attached as Exhibit H.

17. On or about October 01, 2004, Plaintiff applied for a Personal Loan at Fleet Bank in the amount of $7,500.00. The loan request was denied with the principle reason being the negative information that the Defendant is providing to the Plaintiffs Experian Consumer Report. The Plaintiffs credit report has no negative information other than what the Defendant is reporting. A true and correct copy is attached as Exhibit I.

18. On or about October 08, 2004, Plaintiff received a letter from the Defendant Alegis stating that "verification of a debt involves nothing more than the debt collector confirming in writing that the amount being demanded is what the creditor is claiming is owed and that the debt collector is not required to keep detailed files of the debt" Also attached to this letter is an

Affidavit that the debt was purchased by Defendant Sherman from Providian Financial Corp. A true and correct copy is attached as Exhibit J.

19. On October 16, 2004, Plaintiff mailed a third formal demand for debt validation to both Defendants, since they appear to be the same company. The letter disputed the validity of the account under consumer guarantees provided by the FDCPA. Plaintiff also stated in the letter that the Defendant was in violation of the reporting requirements of the FCRA. The letter was sent certified mail; return receipt (#7003-1680-0001-2084-2309) requested to the correspondence address and was received by Defendant on October 19, 2004. No response was received. A true and correct copy is attached as Exhibit K.

20. On or about October 16 2004, Plaintiff mailed Equifax and requested a copy of his Equifax Consumer Report. Plaintiff received this report on October 23, 2004. Nearly three months after the first request for validation and numerous letters since then, the Defendants have not communicated to Equifax that the disputed debt was in dispute by the Plaintiff. A true and correct copy of the listing is attached as Exhibit L.

21. On or about October 16 2004, Plaintiff requested a copy of his Experian Consumer Report. Plaintiff received this report on October 22, 2004. Nearly three months after the first request for validation and numerous letters since then, the Defendants have not communicated to Experian that the disputed debt was in dispute by the Plaintiff. A true and correct copy of the listing, with information about other accounts redacted, is attached as Exhibit M.

## CAUSES OF ACTION/CLAIMS

22. **COUNT 1**. Plaintiff repeats and re-alleges paragraphs 1-21 as though they were fully incorporated herein.

a) Defendant Sherman violated 15 U.S.C. § 1692e (2) (A) by reporting false and harmful information to Experian, a consumer reporting agency as defined by 15U.S.C. §1681a (f). (Exhibit D)

b) Defendant Sherman violated 15 U.S.C. § 1692e (10) by failing to communicate to Experian, a consumer reporting agency, that the disputed debt was disputed. (Exhibit D)

c) Defendant Sherman violated 15 USC 1692e (2) (a) by falsely characterizing the account to Experian as an "open installment account." (Exhibit D)

d) Defendant Sherman violated 15 USC 1692e (2) (A) by falsely reporting the legal status of the account to Experian as an "open installment account." (Exhibit D)

e) Defendant Sherman violated 15 USC 1692e (8) by communicating credit information which is known or which should be known to be false, by reporting the account status to Experian as "open installment." (Exhibit D)

f) Defendant Sherman violated 15 USC 1692e (10) by using unfair or unconscionable means to collect or attempt to collect any debt by reporting the account status to Experian as "open installment" to result in a greater negative impact to plaintiff's credit scores. (Exhibit D)

23. **COUNT 2**. Plaintiff repeats and re-alleges paragraphs 1-22 as though they were fully incorporated herein.

a) Defendant Sherman violated 15 U.S.C. § 1692e (2) (a) by reporting false and harmful information to Equifax, a consumer reporting agency as defined by 15 U.S.C.§1681a (f). (Exhibit E)

b) Defendant Sherman violated 15 U.S.C. § 1692e (10) by failing to communicate to Equifax, a consumer reporting agency, that the disputed debt was disputed. (Exhibit E)

c) Defendant Sherman violated 15 USC 1692e (2) (A) by falsely characterizing the account to Equifax as an "open" account." (Exhibit E)

d) Defendant Sherman violated 15 USC 1692e (2) (A) by falsely reporting the legal status of the account to Equifax as an "open account." (Exhibit E)

e) Defendant Sherman violated 15 USC 1692e (8) by communicating credit information which is known or which should be known to be false, by reporting the account status to Equifax as "open." (Exhibit E)

f) Defendant Sherman violated the 15 USC 1692e (10) by using any false representation or deceptive means to collect or attempt to collect any debt by reporting the account status to Equifax as "open"(Exhibit E)

24. **COUNT 3**. Plaintiff repeats and re-alleges paragraphs 1-23 as though they were fully incorporated herein.

a) Defendant Sherman violated 15 U.S.C. § 1692e (2) (a) by reporting false and harmful information to Equifax, a consumer reporting agency as defined by 15 U.S.C. §1681a (f). (Exhibit F)

b) Defendant Sherman violated 15 U.S.C. § 1692e (10) by failing to communicate to Equifax, a consumer reporting agency, that the disputed debt was disputed. (Exhibit F)

c) Defendant Sherman violated 15 USC 1692e (2) (A) by falsely characterizing the account to Equifax as an "open" account." (Exhibit F)

d) Defendant Sherman violated 15 USC 1692e (2) (A) by falsely reporting the legal status of the account to Equifax as an "open account." (Exhibit F)

e) Defendant Sherman violated 15 USC 1692e (8) by communicating credit information which is known or which should be known to be false, by reporting the account status to Equifax as "open." (Exhibit F)

f) Defendant Sherman violated the 15 USC 1692e (10) by using any false representation or deceptive means to collect or attempt to collect any debt by reporting the account status to Equifax as "open"(Exhibit F)

g) Defendant Sherman violated 15 USC 1692e (10) by using unfair or unconscionable means to collect or attempt to collect any debt by re-aging the date of last activity by over 2 years to Equifax as to result in a greater negative impact to plaintiff's credit score. (Exhibit F)

25. **COUNT 4**. Plaintiff repeats and re-alleges paragraphs 1-24 as though they were fully incorporated herein.

a) Defendant Alegis violated 15 U.S.C. § 1692g by failing to notify Plaintiff in writing within five days after defendant's initial communication with the Plaintiff to inform him of his rights under U.S.C. § 1692g (Exhibit J)

b) Defendant Alegis violated 15 U.S.C. § 1692f by using unfair or unconscionable means to collect or attempt to collect this alleged debt. (Exhibit J)

c) Defendant Alegis violated 15 USC 1692e (3) the false representation or implication that any individual is an attorney or that any communication is from an attorney. (Exhibit J)

d) Defendant Alegis violated 15 USC 1692e (10) the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. (Exhibit J)

26. **COUNT 5**. Plaintiff repeats and re-alleges paragraphs 1-25 as though they were fully incorporated herein.

a) Defendant Sherman violated the 15 U.S.C. § 1681s-2 §) (3) by failing to communicate to Experian, a consumer reporting agency, that the disputed debt was disputed. (Exhibit D)

b) Defendant Sherman failed and/or refused to conduct an investigation with respect to the disputed information violating 15 USC 1681s-2b (1) (A) pursuant to Plaintiff's notice of dispute. (Exhibit C)

c) Defendant Sherman failed and/or refused to review all relevant information provided by Experian, a consumer reporting agency, pursuant to 15 USC 1681i, violating 15 USC 1681s-2b (1(B) pursuant to Plaintiff's notice of dispute (Exhibit C)

d) Defendant Sherman failed and/or refused to report the results of the investigation to Experian, a consumer reporting agency, violating 15 USC 1681s-2b (1) (C) pursuant to Plaintiff's notice of dispute (Exhibit C)

e) Defendant Sherman failed and/or refused to report the results to all other consumer reporting agencies to which the Defendant furnished the information and that compile and maintain files on consumers on a nationwide basis, violating 15 USC 1681s-2b(1)(D) pursuant to Plaintiff's notice of dispute (Exhibit C)

f) Defendant Sherman failed and/or refused to complete the investigation, review, or report before the expiration of the period under section 15 USC § 1681i within which the consumer reporting agency is required to complete actions required by that section regarding that information, violating 15 USC 1681s-2b(2) pursuant to Plaintiff's notice of dispute (Exhibit C)

27. **COUNT 6**. Plaintiff repeats and re-alleges paragraphs 1-26 as though they were fully incorporated herein.

a) Defendant Sherman violated the 15 U.S.C. § 1681s-2 §) (3) by failing to communicate to Equifax, a consumer reporting agency, that the disputed debt was disputed. (Exhibit E)

b) Defendant Sherman failed and/or refused to conduct an investigation with respect to the disputed information violating 15 USC 1681s-2b (1) (A) pursuant to Plaintiff's notice of dispute. (Exhibit C)

c) Defendant Sherman failed and/or refused to review all relevant information provided by Equifax, a consumer reporting agency, pursuant to 15 USC 1681i, violating 15 USC 1681s-2b (1(B) pursuant to Plaintiff's notice of dispute (Exhibit C)

d) Defendant Sherman failed and/or refused to report the results of the investigation to Equifax, a consumer reporting agency, violating 15 USC 1681s-2b (1) (C) pursuant to Plaintiff's notice of dispute (Exhibit C)

e) Defendant Sherman failed and/or refused to report the results to all other consumer reporting agencies to which the Defendant furnished the information and that compile and maintain files on consumers on a nationwide basis, violating 15 USC 1681s-2b(1)(D) pursuant to Plaintiff's notice of dispute (Exhibit C)

f) Defendant Sherman failed and/or refused to complete the investigation, review, or report before the expiration of the period under section 15 USC § 1681i within which the consumer reporting agency is required to complete actions required by that section regarding that information, violating 15 USC 1681s-2b(2) pursuant to Plaintiff's notice of dispute (Exhibit C)

28. **COUNT 7**. Plaintiff repeats and re-alleges paragraphs 1-27 as though they were fully incorporated herein.

a) Defendant Sherman violated the 15 U.S.C. § 1681s-2 §) (3) by failing to communicate to Equifax, a consumer reporting agency, that the disputed debt was disputed. (Exhibit F)

b) Defendant Sherman failed and/or refused to conduct an investigation with respect to the disputed information violating 15 USC 1681s-2b (1) (A) pursuant to Plaintiff's notice of dispute. (Exhibit F)

c) Defendant Sherman failed and/or refused to review all relevant information provided by Equifax, a consumer reporting agency, pursuant to 15 USC 1681i, violating 15 USC 1681s-2b (1(B) pursuant to Plaintiff's notice of dispute (Exhibit F)

d) Defendant Sherman failed and/or refused to report the results of the investigation to Equifax, a consumer reporting agency, violating 15 USC 1681s-2b (1) (C) pursuant to Plaintiff's notice of dispute (Exhibit F)

e) Defendant Sherman failed and/or refused to report the results to all other consumer reporting agencies to which the Defendant furnished the information and that compile and maintain files on consumers on a nationwide basis, violating 15 USC 1681s-2b(1)(D) pursuant to Plaintiff's notice of dispute (Exhibit F)

f) Defendant Sherman failed and/or refused to complete the investigation, review, or report before the expiration of the period under section 15 USC § 1681i within which the consumer reporting agency is required to complete actions required by that section regarding that information, violating 15 USC 1681s-2b(2) pursuant to Plaintiff's notice of dispute (Exhibit F)

**JURY DEMAND**

29. Plaintiff demands trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

30. As a result of this conduct, action and inaction of the Defendants, Plaintiff suffered damages by the loss of credit, mental anguish, emotional stress and humiliation.

31. Plaintiff seeks judgment in his favor and damage based on the following relief:

a) Count 1: Statutory damages in the amount of $1,000

b)Count 2: Statutory damages in the amount of $1,000

c)Count 3: Statutory damages in the amount of $1,000

d)Count 4: Actual damages in the amount of $15,000 & Statutory damages in the amount of $1,000

e)Count 5: Statutory damages in the amount of $1,000

f)Count 6: Statutory damages in the amount of $1,000

g)Count 7: Statutory damages in the amount of $1,000

h). Injunctive relief as provided by 15 U.S.C §1681 of permanent removal of inaccurate information.

i) Any attorney fees if applicable; and pursuant to both statutes that authorized attorney fees.

j) Costs pursuant to both the FCRA and FDCPA.

32. Plaintiff also seeks punitive damages as each of the Defendants actions towards Plaintiff was malicious and Defendants knowingly, willfully and repeatedly violated Plaintiff's rights. Defendant's actions constitute a wanton and gross disregard for the law. Plaintiff requests punitive damages in the amount of $35,000.00.

Dated this 17th day of December, 2004.

Steven Gaudette, Pro Se

Steven Gaudette
46 Bow St.
Medford, MA 02155

Sherman Acquisition, LP
P.O. Box 10497
Greenville, SC 29603

July 31, 2004

Certified letter # 7001-1940-0001-3318-9218

Re: Account # 4479411225204935

To whom it may concern,

In recently reviewing my credit report, I discovered the above referenced account. This is not a refusal to pay, but a notice that your claim is being disputed. This is a *second* request for validation made pursuant to the Fair Debt Collection Practices Act. I am not requesting a "verification" that you have my mailing address, I am requesting a "validation," that is, competent evidence that I have some contractual obligation to pay you.

Please also be advised that, since Sherman Acquisition is now reporting this alleged debt to the Consumer Reporting Agencies, that Sherman Acquisition is now in violation of the FDCPA for continued collection activity. On April 01, 2004 I had sent a P.O. certified letter requesting validation of this debt. To this date, validation has not been sent but the debt was reported on my credit reports while in this validation period.

While I prefer not to litigate, I will use the courts as needed to enforce my rights under the FDCPA. Please provide the proper validation or remove the trade line from my credit reports within 30 days.

Regards,

Steven Gaudette

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>Mike Mobley |
| 1. Article Addressed to:<br><br>Sherman Acquisition<br>PO Box 10497<br>Greenville, SC 29603 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>AUG - 3 2004<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 1940 0001 3318 9218 |

Experian
P.O. Box 2002
Allen, TX 75013

August 07, 2004

RE: Credit Report Dispute

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

*Experian
P.O. Box 2002
Allen TX. 75013*

2. Article Number
   (Transfer from service label)     7001 1140 0002 9971 0026

PS Form 3811, August 2001          Domestic Return Receipt                102595-02-M-

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                          ☐ Agent
                                           ☐ Address
B. Received by ( Printed Name )    C. Date of Delive

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandi
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)            ☐ Yes

Dear Experian,

I reviewed my credit report online and found the following information to be incorrect. I dispute the following information in my file.

The item Providian # 4479411225204935 (listed as a new account and collections) is inaccurate because it is not mine please remove this duplicate item from my credit report.

The item First Premier Bank #4610078452084205 is inaccurate because I have paid this account off, please see the final statement of that I have enclosed.

The item Key Bank USA #10100700255303 is inaccurate because I have paid this loan in full. Please see the letter that I have enclosed to verify.

The item Providian Financial # 4479411225204935 is inaccurate because it is not my account. Please remove this duplicate account.

I am also requesting the description of the procedures used to determine the accuracy and completeness of the disputed information, including the business name, address, and telephone number of any furnisher of information contacted in connection with this reinvestigation. Please provide this requested information within the 15 days allowed following your reinvestigation.

Thank you for your prompt attention in this matter.

Sincerely,



Steven Gaudette
46 Bow St. #2
Medford Ma. 02155

Equifax
P.O. Box 740241
Atlanta, GA 30348


August 06, 2004

RE: Credit Report # 4713608091

Dear Equifax:

While reviewing my credit report I have found it has errors, I request your investigation
of the following:

The Household Bank **inquiry**, I have an account with this Bank and did not reapply for
credit. This should not be a hard inquiry as it is listed, please change it too a soft or
remove it.

The **Sherman Acquisition,LP # 7941122520xxxx** . This is not my account; I do not have
an open account with this company. Please remove this from my credit report.

The **First Premier #461007845208xxxx** – This account has been paid off and has a zero
balance. I have enclosed my last statement as evidence.

The **Key Bank # 70025xxxx** account is paid off in full. Please refer to the copy of the
enclosed letter stating that it is.


Upon completion of your investigation, please provide me with the description of the
procedures used to determine the accuracy and completeness of the disputed information
including the business name, address, and telephone number of any furnisher of
information contacted in connection with this reinvestigation.

Thank you for your pro

Sincerely,

Steven Gaudette
46 Bow St. #2
Medford, Ma. 02155

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Equifax
PO Box 740241
ATLANTA GA 30348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery

D. is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number          7001 1940 0001 3329 1201
   (Transfer from service label)

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-0835

experian.

**Prepared for**
STEVEN GAUDETTE

**Report number**
1292942625

**Report date**
September 09, 2004

# Correction Summary

## About our verification process

The following shows the revision(s) made to your file as a result of our verification.

If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- -- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- -- add a statement disputing the accuracy or completeness of the information; and
- -- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose (twelve months for residents of Colorado, Maryland, and New York).

If no information follows, our response appeared on the previous page.

| Items we investigated | |
|---|---|
| **Items** | **Outcome** |
| **Credit items** | |
| SHERMAN ACQUISITION 447794112252O... | Remains |

**Experian**
NCAC
PO BOX 9701
Allen TX 75013

### If you have questions

Locate your Report Number, then contact us **within 90 days** from the date on this report.

For efficient, self-directed service, **log on to www.experian.com/disputes.**

For assistance, call
**800 583 4080**

M - F 9am - 5pm in your time zone.

**To order a copy of your Experian Credit Score, call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

••••••••••••••• MIXED AADC 683
0005598 2 MB 0.534 L 472
STEVEN GAUDETTE
46 BOW ST APT 2
MEDFORD MA 02155-6510

experian

Report number
129294262S

Prepared for:

Report date:

Call 800 583 4080

Page 3 of 16

## Credit items *continued*

### 2- PROVIDIAN FINANCIAL *(continued)*

| Source: Account number (except last few digits) | Date opened/ Reported since | Date of status/ Last reported | Type/ Terms/ Monthly payment | Responsibility | Credit limit or original amount/ High balance | Recent balance/ Recent payment | Status Details |
|---|---|---|---|---|---|---|---|
| | | | | | | | Creditor's statement *"Purchased by another lender."* |
| | | | | | | | This item was verified on 5-2004 and remained unchanged. |

| **SHERMAN ACQUISITION** PO BOX 10497 GREENVILLE SC 29603 (800) 363-3115 447941122520...... | 3-2004/ 7-2004 | 7-2004/ 8-2004 | Installment/ 1 Months/ $0 | Individual | $1,892 / N/A | $1,932 as of 8-2004/ | Status: Collection account. $1,932 past due as of 8-2004. Account history: Collection as of 8-2004.  7-2004 |

**Original creditor: PROVIDIAN**
**Purchased from: PROVIDIAN FINANCIAL CORP**

Redacted

# EQUIFAX

**CREDIT FILE : September 9, 2004**
**Confirmation # 4226048135**

Dear Steven E Gaudette:

Equifax has now completed the reinvestigation you requested of certain information in your Equifax credit file. The results of our reinvestigation of these items are below.

## The Results Of Our Reinvestigation

>>> **We have reviewed the inquiry information.** *The results are:* Changes to a file may only be requested by the file owner or a person WHO has power of attorney. If you have additional questions about this item please contact: *Household Credit, 1111 N Town Center Dr, Las Vegas NV 89144-6364*

P. O. Box 105518
Atlanta, GA 30348

000457

000464472-457
Steven E Gaudette
46 Bow St Apt 2
Medford, MA 02155-6510

## Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *)*
*(This section includes open and closed accounts reported by credit grantors)*

| Account History | Status Code Descriptions | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

**First Premier** 900 W Delaware St Ste 7 Sioux Falls SD 57104-0347 : (605) 357-3440

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Rovd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 4610007845208* | 09/2000 | $589 | $300 | | Monthly | 43 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Date of Last Activity | Date Maj. Del. 1st Rpt'd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/2004 | $0 | $0 | 05/2004 | $25 | $20 | 04/2004 | | $0 | | | $0 | 03/2004 |

Current Status - 30 - 59 Days Past Due; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Account Paid/Zero Balance;

Account History 09/2001 08/2001 07/2001
with Status Codes    1        1        1

>>> **We have researched the credit account.** *Account # - 4610007845208*. The results are:* Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *First Premier, 900 W Delaware St Ste 7, Sioux Falls SD 57104-0347 Phone: (605) 357-3440*

>>> **We have researched the credit account.** *Account # - 1010070025*. The results are:* This item has been deleted from the credit file. If you have additional questions about this item please contact: *Knight College Resource GR, 745 Atlantic Ave, Boston MA 02111-2735*

Page 1 of 4

( Continued On Next Page )

4226048135G69-000464472- 457 - 23021 - AS

**Sherman Acquisition,lp** 9700 Bissonnet St Ste 2000 PO Box 740281 Houston TX 77274-0281

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date Mjr. Del 1st Rptd | Date of Last Activity | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Activity Description | Mnths Revd | Creditor Classification Financial | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROVI-7941122520* | | $1,892 | $0 | | | | 06/2001 | $0 | | $0 | | | | | |
| Items As of Date Reported 09/2004 | Balance Amount $1,932 | Amount Past Due $1,932 | Date of Last Payment | Actual Paymnt Amount $0 | Scheduled Paymnt Amount $0 | | | | | | | | | | |

Current Status - Over 120 Days Past Due; Type of Loan - Factoring Company Account; Type of Account - Open; Whose Account - Individual Account;    ADDITIONAL INFORMATION - Collection Account;

**Account History** 07/2004
**with Status Codes** 4

>>> **We have researched the credit account. Account # - PROVI-7941122520\* The results are:** Equifax has verified that this item has been reported correctly. If you have documents that release you from this obligation, please forward a copy to us. If you have additional questions about this item please contact: **Sherman Acquisition,lp, 9700 Bissonnet St Ste 2000, PO Box 740281, Houston TX 77274-0281**

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly.

You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Service Representative at (888) 661-5338 from 9:00am to 5:00pm  M - F in your time zone.

Thank you for giving Equifax the opportunity to serve you.

## STATE OF MASSACHUSETTS - Fair Credit Reporting Act - January 31, 1996

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars. There is no fee, however, if you have been turned down for credit, employment, insurance, or rental dwelling because of information in your credit report within the preceding sixty days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. Each calendar year you are entitled to receive, upon request, one free consumer credit report.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current and verifiable information removed from your credit report. In most cases, under state and federal law, the consumer credit reporting agency must remove accurate, negative information from your reporting only if it is over seven years old, and must remove bankruptcy information only if it is over ten years old.

If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the consumer credit reporting agency must then, within thirty business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in the six months preceding your request, or two years in the case of a credit report used for employment purposes. This record shall include the recipients of any consumer credit report.

You have the right to opt out of any prescreening lists compiled by or with the assistance of a consumer credit reporting agency by calling the agency's toll free telephone number or, contacting the agency in writing*. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the provisions of the credit reporting act.

*If you prefer not to receive pre-approved offers, please notify:

Equifax Options
P.O. Box 740123
Atlanta, GA 30374-0123.

Include your full name, complete address, Social Security number, daytime telephone number, and signature. Or you may call toll free: 1 (888) 567-8688.

# EQUIFAX

**CREDIT FILE : September 30, 2004**

**Confirmation # 4265016816**

Dear Steven E Gaudette:

Equifax has now completed the reinvestigation you requested of certain information in your Equifax credit file. The results of our reinvestigation of these items are below.

**The Results Of Our Reinvestigation**

>>> **We have reviewed the inquiry information.** *The results are:* This inquiry has been deleted. If you have additional questions about this item please contact: *Household Credit, 1111 N Town Center Dr, Las Vegas NV 89144-6364*

### Credit Account Information

*(For your security, the last 4 digits of account number(s) have been replaced by 7)*
*(This section includes open and closed accounts reported by credit grantors)*

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

**First Premier** 900 W Delaware St Ste 7 Sioux Falls SD 57104-0347 / (605) 357-3440

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Rev'd | Activity Description |
|---|---|---|---|---|---|---|---|
| 461007845208* | 09/2000 | $588 | $300 | | Monthly | 44 | Paid and Closed |

| Items As of Date Reported 09/2004 | Balance Amount $0 | Amount Past Due $0 | Date of Last Payment 05/2004 | Actual Paymnt Amount $204 | Scheduled Paymnt Amount $0 | Date of Last Activity 05/2004 | Date Maj. Del 1st Rptd | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Amount $0 | Deferred Pay Amount | Balloon Pay Date | Date Closed 03/2004 |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Account Paid/Zero Balance;

| Account History with Status Codes | 01/2002 1 | 12/2001 1 | 12/2001 1 | 01/2002 1 | | |

>>> **We have researched the credit account. Account # - 461007845208*** *The results are:* Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *First Premier, 900 W Delaware St Ste 7, Sioux Falls SD 57104-0347 Phone: (605) 357-3440*

P. O. Box 105518
Atlanta, GA 30348

000047338-324
Steven E Gaudette
46 Bow St Apt 2
Medford, MA 02155-6510

000324

4265016816G66-000467338- 324 - 13931 - AS

( Continued On Next Page )

**Sherman Acquisition, lp**  9700 Bissonnet St Ste 2000 PO Box 740281 Houston TX 77274-0281

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Fixed | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| PROVI-7941122520* | 03/2004 | $1,892 | $0 | | | | | Financial |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date Maj Del 1st Paid | Date of Last Activity | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/2004 | $1,932 | $1,932 | | $0 | $0 | | 04/2004 | $0 | | $0 | | |

Current Status - Over 120 Days Past Due; Type of Account - Open; Type of Loan - Factoring Company Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Collection Account;

**Account History**  07/2004
with Status Codes   4

>>> **We have researched the credit account.  Account # - PROVI-7941122520*  The results are:** Equifax verified that this item belongs to you. Equifax has verified that this item has been reported correctly. If you have additional questions about this item please contact:  **Sherman Acquisition,lp, 9700 Bissonnet St Ste 2000, PO Box 740281, Houston TX 77274-0281**

>>> **We have reviewed your concerns and our conclusions are:**
The additional disputed accounts are not currently reporting on the Equifax credit file.

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly.

You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Service Representative at (888) 661-5339 from 9:00am to 5:00pm  M - F in your time zone.

Thank you for giving Equifax the opportunity to serve you.

## STATE OF MASSACHUSETTS - Fair Credit Reporting Act - January 31, 1996

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars. There is no fee, however, if you have been turned down for credit, employment, insurance, or rental dwelling because of information in your credit report within the preceding sixty days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. Each calendar year you are entitled to receive, upon request, one free consumer credit report.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current and verifiable information removed from your credit report. In most cases, under state and federal law, the consumer credit reporting agency must remove accurate, negative information from your reporting only if it is over seven years old, and must remove bankruptcy information only if it is over ten years old.

If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the consumer credit reporting agency must then, within thirty business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in the six months preceding your request, or two years in the case of a credit report used for employment purposes. This record shall include the recipients of any consumer credit report.

You have the right to opt out of any prescreening lists compiled by or with the assistance of a consumer credit reporting agency by calling the agency's toll free telephone number or contacting the agency in writing*. You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the provisions of the credit reporting act.

*If you prefer not to receive pre-approved offers, please notify:

Equifax Options
P.O. Box 740123
Atlanta,GA 30374-0123.

Include your full name, complete address, Social Security number, daytime telephone number, and signature. Or you may call toll free: 1 (888) 567-8688.

(Continued On Next Page )

4265016816G66-000467338- 324 - 13931 - AS



Steven Gaudette
46 Bow St.
Medford, MA 02155

Sherman Acquisition, LP
9700 Bissonnet St.
PO Box 740281
Houston TX 77274-0281

September 20, 2004

Certified letter # 7002-3150-0003-48578-8263
Re: Account # 4479411225204935

Dear Sherman Acquisition,

You are inaccurately and incompletely furnishing negative information regarding the above-referenced account to the major CRA's in violation of the reporting requirements of the FCRA and for which you are responsible. I have previously disputed the above-referenced account and its reported information with the consumer reporting agencies, without resolution.

I dispute your information in its entirety and request evidentiary documentation that substantiates the information you have furnished and it's reporting, including the required commencement of delinquency date, as verification of the information you have provided and its present reporting.

Should you not be able or willing to provide me with the substantiating documentation as verification of the present reporting, to cure these violations within the next 30 days, please have the information deleted from each of the consumer reporting agencies that you have furnished it to as required.

Should you again fail to fulfill your mandated duties and responsibilities, and continue to violate my civil rights, I will have no other recourse but to consider bringing legal action against Sherman Acquisition for its continued non-compliance and multiple violations of the FCRA, FDCPA and Massachusetts consumer laws.

I expect final resolution of this matter within 30 days and look forward to receiving written confirmation of my request.

Regards,

Steven E. Gaudette

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sherman Acquisition LP
9700 Bissonnet St #600
PO Box 740281
Houston TX 77274

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    **Dwayne Hypolite**    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

SEP 24 2004

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7002 3150 0003 4857 8263

 **Digital Federal Credit Union**

Steven E Gaudette
46 BOW St
WINTHROP MA 02152

October 05, 2004

Dear Steven E Gaudette

We are writing to you concerning your recent application for a          PERSONAL

After careful review of your credit and the information you supplied us, we regret we are unable to approve your request due to:

**Escalating Debt**
**Excessive amount of unsecured debt**
Garnishment, attachment, foreclosure, repossession, collection action, or judgement

Our credit decision was based at least in part on information obtained from a consumer reporting agency. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency listed below. However, this agency did not make the credit decision and will not be able to provide you with specific information as to why the decision was made.

EQUIFAX
PO BOX 740241
ATLANTA, GA 30374
800-685-1111

You have the right to obtain, within 60 days, a free copy of your credit report from this agency and to dispute the accuracy or completeness of any information contained in your credit report.

For further information pertaining to the actual credit decision, call (800) 328-8797.

Consumer Loan Officer




220 DONALD LYNCH BLVD ■ PO BOX 9130 ■ MARLBOROUGH, MA 01752-9130
508/263-6700 ■ 800/328-8797 ■ WEB: www.dcu.org ■ EMAIL: dcu@dcu.org

**ank of America**                                      **Fleet**

560401-03
10/05/04

```
                                        -----------------------------
Fleet National Bank                     | Notice of Adverse Action  |
A Bank of America Company               |        Taken and          |
Mail Stop: CT2-515-01-08                |     Principal Reasons     |
P.O. Box 5080                           -----------------------------
Hartford, CT. 06102-5080
1-800-269-3084
```

STEVEN E. GAUDETTE                          Ref #: 994042731408130
46 BOW ST 2
MEDFORD, MA 02155-

We sincerely regret that we are not able to approve your recent PERSONAL
INSTALLMENT LOAN application. Our principal reasons for adverse action
concerning your application are:

    CREDIT OBLIGATIONS NOT PAID AS AGREED
    SERIOUS DELINQUENCY
    TOO MANY RECENTLY OPENED ACCOUNTS WITH BALANCES

Our credit decision was based in whole or in part on information in a
report from the consumer reporting agency listed below. The agency
played no part in our decision and is unable to supply specific reasons
for our decision.

You have a right under the Fair Credit Reporting Act to obtain a copy
of your credit report from the agency below. The report will be free
if you request it within 60 days after you receive this notice. You
also have the right to dispute with the agency below the accuracy or
completeness of any information in your report.

    EXPERIAN, INC.
    701 EXPERIAN PARKWAY
    PO BOX 2002
    ALLEN, TX 75013-003641
    888-397-3742

The Federal Equal Credit Opportunity Act prohibits creditors from
discriminating against credit applicants on the basis of race, color,
religion, national origin, sex, marital status, age (provided that the
applicant has the capacity to enter into a binding contract); because all
or part of the applicant's income derives from any public assistance
program; or because the applicant has in good faith exercised any right
under the Consumer Credit Protection Act. The federal agency that
administers compliance with this law concerning this creditor is The Office
of the Comptroller of the Currency, Customer Assistance Group, 1301 Mckinney
Street, Suite 3450, Houston, TX 77010-9050.





**ALEGIS GROUP L.P.**

P.O. Box 10497
Greenville, SC 29603

Toll Free Phone    1-888-665-0374
Toll Free Fax    1-888-546-7697

October 6, 2004

Previous Creditor: Providian Financial Corp
Current Creditor: Sherman Acquisition LP
Account Number: 4479411225204935
Balance: $ 1,963.53

Steven E Gaudette
46 Bow St Apt 2
Medford MA 02155

10376700

Re: 4479411225204935

Dear Mr. Gaudette

I have enclosed an affidavit of debt for the verification of debt you requested for the above account. The court case of Chaudhry v. Gallerizzo, 174 F. 3d 974 (4th Cir. 1999) states this is sufficient for account verification:

"verification of a debt involves nothing more than the debt collector confirming in writing that the amount being demanded is what the creditor is claiming is owed; the debt collector is not required to keep detailed files of the debt. There is no concomitant obligation to forward copies of bills or other detailed evidence of the debt."

Please contact Customer Service at 866-464-1187 if you have any questions.

Sincerely,

enclosures: 1

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**STATE OF South Carolina**

**COUNTY OF Greenville**

### Affidavit of Debt
### (Buyer)

I, the undersigned, hereby certify and affirm that the claim of $1,963.53 against Steven E Gaudette , debtor(s), account number: 4479411225204935, is in the principal sum of $1,892.40, plus interest in the sum of $71.13 , for a total of $ 1,963.53.

I further certify that said debt was purchased by Sherman Acquisition, LP, from Providian Financial Corp, on 3/23/2004.

I further certify that I am duly qualified and competent to testify to the matters stated herein, and authorized to make this affidavit.  I further state that the records of this account are maintained under my supervision, and that the amount of the claim is just and true to the best of my personal knowledge, and that all just and lawful offsets, payments and credits have been allowed.

This affidavit is executed this _6_ day of _October_ , 2004.

Printed Name _Yasmin Ivaturi_
_Correspondence Manager_

The foregoing affidavit is sworn to and subscribed before me this _6_ day of _October_ , 2004

Notary Public

My commission expires:

My Commission Expires
August 8, 2013

Steven Gaudette
46 Bow St.
Medford, MA 02155
Alegis Group L.P.
Sherman Acquisition, LP
P.O. Box 10497
Greenville, SC 29603

October 16, 2004

Certified letter # 7003-1680-0001-2084-2309

Re: Account # 4479411225204935


Dear Ms. Boyd,

In response to your letter dated October 6, 2004, please be advised that I did not request "verification" that this debt was purchased by Sherman Acquisition. In my letter dated July 31, 2004, I requested validation made pursuant to the Fair Debt Collection Practices Act. As outlined in the FCRA and FDCPA. You must, at a minimum provide the following information.

·A complete accounting of all transactions from the inception of the alleged debt.It must include every charge, fee, collection and attorney fee, as well as payments made and interest assessed.

·You must provide me with a complete original copy of the contract bearing my signature.

·This information must come directly from the original creditor and must be current information.

Absent such proof, you must correct any erroneous reports of this debt as mine. For the record, I state again that I have no account with you, nor am I your customer, nor have I entered into a contract with you.For the purposes of 15 USC 1692 et seq., this Notice has the same effect as a dispute to the validity of the alleged debt and a dispute to the validity of your claims.

This Notice is an attempt to correct your records, and any information received from you will be collected as evidence should any further action be necessary. This is a request for information only, and is not a statement, election, or waiver of status.

Regards,

Steven Gaudette

**Confirmation # 4295013101**

# CREDIT FILE : October 21, 2004

## Sherman Acquisition,lp    9700 Bissonnet St Ste 2000 PO Box 740281 Houston TX 77274-0281

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | | | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROVI-7941112252O* | | 03/2004 | $1,892 | | | | | | | | | | | Financial |

| | Items As of Date Reported | Amount Past Due | | Date of Last Payment | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09/2004 $1,932 | $1,932 | | | | | 04/2004 | | | | | | |

Current Status - Over 120 Days Past Due; Type of Account - Open; Type of Loan - Factoring Company Account; Whose Account - Individual Account;   ADDITIONAL INFORMATION -

Collection Account:

**Account History**    07/2004
**with Status Codes**    4

## Wells FARGO EFS    Mac #9719-011 301 E 58th St N Sioux Falls SD 571 04-0422

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Mnths Revd | Activity Description | | | | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 857* | | 06/2004 | $21,382 | | 181 Months | Monthly | | 2 | | | | | | |

| | Items As of Date Reported | Amount Past Due | | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08/2004 $20,917 | | | 08/2004 | $191 | $191 | 08/2004 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Unsecured; Whose Account - Individual Account;

## *Inquiries that display to companies  (may impact your credit score)*
*This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness.*

| Company Information | | Inquiry Date(s) |
|---|---|---|
| Digital Federal Credit Union | | 09/2004 |
| 229 Donald Lynch Blvd  Marlborough, MA 01752-4702 | | |

## *Inquiries that do not display to companies  (do not impact your credit score)*
*This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness.  examples of this inquiry type include a pre-approved offer of credit, insurance, or periodic account review by an existing creditor)*

## Company Information - Prefix Descriptions:

    PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or
          insurance. (PRM inquiries remain for 24 months)
AM or AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.  (AM & AR inquiries remain for 24 months)
Equifax or EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.
     ND - Inquiries with this prefix are general inquiries that do not display to credit grantors.  (ND inquiries remain for 24 months)

| Company Information | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Equifax | 10/2004 | 09/2004 | 08/2004 | 07/2004 | 06/2004 | 04/2004 | 03/2004 | 02/2004 | 12/2003 | 11/2003 | 10/2004 |
| PO Box 740241  Atlanta, GA 30374-0241  Phone: (800) 685-1111 | 09/2003 | 09/2003 | 09/2003 | 09/2003 | 01/2003 | 12/2002 | 11/2002 | 09/2002 | 06/2002 | 06/2002 | 09/2002 |
| | | | | | | | | | | | |
| Consumerinfo.Com | 10/2004 | 10/2004 | 10/2004 | 10/2004 | 10/2004 | 10/2004 | 10/2004 | 10/2004 | 10/2004 | 10/2004 | 10/2004 |
| 425 2nd St Ste 200  San Francisco, CA 94107-1420 | 09/2004 | 09/2004 | 09/2004 | 09/2004 | 09/2004 | 09/2004 | 09/2004 | 09/2004 | 09/2004 | 09/2004 | 09/2004 |
| | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 |
| | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 | 08/2004 |
| | 07/2004 | 07/2004 | 07/2004 | 07/2004 | 07/2004 | 07/2004 | 07/2004 | 07/2004 | 07/2004 | 07/2004 | 07/2004 |

| Company Information | | |
|---|---|---|
| AR-American Express | 10/2004 | 09/2004 | 05/2004 |
| 777 American Express Way  Ft.Lauderdale, FL 33337-0001 | | |

4295013101CTA-000470087-188 -11042 - BS

( Continued On Next Page )

# experian

Report date:
www.experian.com/disputes
Call 800 583 4080
Page 3 of 18

Prepared for
[Redacted]
Report number
0355693632

## Credit items *continued*

Source/
Account number
(except last few digits)

| | Date opened/ Reported since | Date of status/ Last reported | Type/ Terms/ Monthly payment | Responsibility | Credit limit or original amount/ High balance | Recent balance/ Recent payment | Status/Details |
|---|---|---|---|---|---|---|---|
| -3- **SHERMAN ACQUISITION** PO BOX 10497 GREENVILLE SC 29603 (800) 363-3115 447941122520.... | 3-2004/ 7-2004 | 7-2004/ 9-2004 | Installment/ 1 Months/ $0 | Individual | $1,892 / NA | $1,955 as of 9-2004/ $0.00 | Status: Collection account. $1,955 past due as of 9-2004. Account history: Collection as of 7-2004 to 9-2004 This item was verified on 9-2004 and remained unchanged. |

Original creditor: PROVIDIAN
Purchased from: PROVIDIAN FINANCIAL CORP

Redacted

0020825752    L-536-08504-0209000



%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Steven Gaudette

**(b)** County of Residence of First Listed Plaintiff    Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se

## DEFENDANTS
Alegis Group Limited Partnership and
Sherman Acquisition Limited Partnership

County of Residence of First Listed Defendant    Unknown
(IN U.S. PLAINTIFF CASES ONLY)

NOTE  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED

Attorneys (If Known)
Unknown
Unknown

12645 JLT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U S Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § et seq The Fair Credit Reporting Act (FCRA) and 15 U.S.C. § et seq (FDCPA)

Brief description of cause:
FCRA and FDCPA violations

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $  57,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____    DOCKET NUMBER

Pro Se

DATE                    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)

Gaudette v Alegis Group Limited Partnership

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

| | | |
|---|---|---|
| ___ | I. | 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT. |
| ✗ | II. | 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121 |
| | | 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.  for patent, trademark or copyright cases |
| ___ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, |
| | | 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, |
| | | 380, 385, 450, 891. |
| ___ | IV. | 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, |
| | | 690, 810, 861-865, 870, 871, 875, 900. |
| ___ | V. | 150, 152, 153. |

04 12040 JLT

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                        YES ☐  NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)
                                        YES ☐ NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                        YES ☐ NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to 28 USC §2284?
                                        YES ☐ NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                        YES ☐ NO ☐

   A.  if yes, in which division do all of the non-governmental parties reside?
       Eastern Division  ☐         Central Division  ☐       Western Division  ☐

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,  residing in Massachusetts reside?

       Eastern Division  ☐         Central Division  ☐       Western Division  ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)
                                        YES ☐ NO ☒

( PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Steven Gaudette, Pro Se

_Steven Gaudette_, Pro Se

ADDRESS    46 Bow St. Medford Ma 02155

TELEPHONE NO   781   393-9660