UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steven Gaudette, Pro Se )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Alegis Group Limited Partnership and )<br>)<br>Sherman Acquisition Limited Partnership )<br>)<br>Defendants | No.   04 cv 12645 JLT<br><br><br><br><br><br>**RETURN OF SERVICE** |

I hereby certify that a true copy of the above Complaint and Summons were served upon Sherman Acquisition Limited Partnership on December 27, 2004 by placing copies of the same within custody of the United States Postal Service and delivered certified mail, return receipt requested, to Defendant Sherman Acquisition L.P. and properly addressed as follows:

Sherman Acquisition L.P.
15 South Main St. #600
Greenville SC 29601

This the 3rd day of January, 2005

_/s/ Steven Gaudette, Pro Se_
Steven Gaudette
46 Bow St. #2
Medford MA 02155
Tel: 781-393-9660

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

GREENVILLE, SC 29601

| | | |
|---|---|---|
| Postage | $ | 1.52 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.57 |

UNIT ID: 0145
Postmark Here
Clerk: KSSROG
12/20/04

Sent To: Sherman Acquistion LP
Street, Apt. No.; or PO Box No.: 15 South Main ST #600
City, State, ZIP+4: Greenville SC 29601

Article Number: 7001 1940 0001 3318 9256

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sherman Acquistion LP
15 South Main ST. #600
Greenville, SC 29601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery: 12/27/04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☒ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 1940 0001 3318 9256

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540