UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Steven Gaudette, Pro Se | ) ) ) | No.    04 cv 12645 JLT |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| Alegis Group Limited Partnership and | ) ) | |
| Sherman Acquisition Limited Partnership | ) ) | **RETURN OF SERVICE** |
| Defendants | | |

I hereby certify that a true copy of the above Complaint and Summons were served upon Alegis Group Limited Partnership on December 21, 2004 by placing copies of the same within custody of the United States Postal Service and delivered certified mail, return receipt requested, to the Registered Agent on record for Defendant Alegis Group L.P. and properly addressed as follows:

Alegis Group L.P.
C/o CT Corporation System
101 Federal St
Boston MA 02110

This the 3rd day of January, 2005

_____
Steven Gaudette
46 Bow St. #2
Medford MA 02155
Tel: 781-393-9660

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1940 0001 3318 9263

BOSTON, MA 02110

| | |
|---|---|
| Postage | $ 1.52 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.57 |

UNIT ID: 0145
Clerk: KSSPJG
12/20/04

Sent To: Alegis Group c/o CT Corp System
Street, Apt. No.; or PO Box No.: 101 Federal St.
City, State, ZIP+4: Boston, MA 02110

PS Form 3800, January 2001        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alegis Group LP
c/o CT Corporation System
101 Federal St.
Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Yvette Concepcion   ☐ Agent  ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 12/21/04
D. Is delivery address different from item 1? ☐ Yes  ☐ No
  If YES, enter delivery address below:

3. Service Type
  ☑ Certified Mail   ☐ Express Mail
  ☐ Registered   ☑ Return Receipt for Merchandise
  ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label): 7001 1940 0001 3318 9263

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540