UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br>      Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; and SHERMAN ACQUISITION LP,<br>      Defendant | CIVIL ACTION NO. 04CV12645 JLT |

## MOTION TO ENLARGE TIME TO FILE ANSWER

The Defendants, Sherman Acquisition, LP ("Sherman"), and Alegis Group Limited Partnership ("Alegis"), hereby moves this Honorable Court to enlarge the time within which Alegis must respond to the Complaint to and including January 18, 2005, or for such shorter or longer period of time as this Court deems just and proper. In support of this Motion, the Defendants state as follows:

1.    The Defendants retained Massachusetts counsel on January 7, 2005, which was the first time which Massachusetts counsel received the Complaint and related pleadings. From the information available, it appears that the response of Alegis to the Complaint is due today, January 10, 2005. Although the Defendants have been unable to ascertain the exact date of service on Sherman, this Court's docket reveals that its response is due on January 18, 2005.

2.    In order to investigate the claims, develop an appropriate defense strategy, and fairly and accurately respond to the Complaint, the Defendants submit that the time to respond to the Complaint should be enlarged to enable the Defendants to file responsive pleadings to the Complaint by the close of business on January 18, 2005.

3. The Defendants submit that the Plaintiff will be in no way prejudiced by the allowance of this Motion as the enlarged date coincides with the date on which the response to the Complaint of Sherman is due.

4. There are no pending Motions before the Court nor have the Defendants been served with any discovery in this matter.

WHEREFORE, the Defendants, Alegis Group Limited Partnership and Sherman Acquisition, LP, hereby move this Honorable Court respectfully to enlarge the time to respond to the Complaint through and including January 18, 2005, and for such other and further relief as this Court deems just and proper.

SHERMAN ACQUISITION, LP; ALEGIS GROUP LIMITED PARTNERSHIP,
By its attorneys,

RIEMER & BRAUNSTEIN LLP

Dated: January 10, 2005

/s/ Steffani Jill Boudreau
Steffani Jill Boudreau
BBO No. 564967
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>    Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; and SHERMAN ACQUISITION LP,<br><br>    Defendant | CIVIL ACTION NO. 04CV12645 JLT |

## CERTIFICATE OF SERVICE

    I, Steffani Jill Boudreau, hereby certify that on this date, January 10, 2005, I served the foregoing Motion to Enlarge Time by causing a copy of same to be delivered by first-class mail, postage prepaid, to:

    Mr. Steven Gaudette
    46 Bow Street, No. 2
    Medford, Massachusetts  02155


                                                                                  /s/ Steffani Jill Boudreau
                                                                                  Steffani Jill Boudreau

871812.1