UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>　　　Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; AND SHERMAN ACQUISITION LP,<br><br>　　　Defendant | CIVIL ACTION NO. 04CV12645 JLT |

## CORPORATE DISCLOSURE STATEMENT FOR SHERMAN ACQUISITION, LP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the Defendant, Sherman Acquisition, LP, respectfully submits that it is a privately held limited partnership, that it is owned by Sherman General Partner SPE, LLC and Sherman Originator, LLC, and that there is no publicly traded corporation which owns ten (10%) percent or more of its stock.

　　　　　　　　　　　　　　　　　　　SHERMAN ACQUISITION, LP,

　　　　　　　　　　　　　　　　　　　By its Attorneys,
　　　　　　　　　　　　　　　　　　　RIEMER & BRAUNSTEIN LLP

Dated: January 13, 2005　　　　　　　/s/ Steffani Jill Boudreau
　　　　　　　　　　　　　　　　　　　Steffani Jill Boudreau
　　　　　　　　　　　　　　　　　　　BBO No. 564967
　　　　　　　　　　　　　　　　　　　Riemer & Braunstein LLP
　　　　　　　　　　　　　　　　　　　Three Center Plaza
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　(617) 523-9000

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>    Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; AND SHERMAN ACQUISITION LP,<br><br>    Defendant | CIVIL ACTION NO. 04CV12645 JLT |

## CERTIFICATE OF SERVICE

I, Steffani Jill Boudreau, hereby certify that on this date, January 13, 2005, I served the foregoing Corporate Disclosure by causing a copy of same to be delivered by first-class mail, postage prepaid, unless otherwise indicated, to:

Steven Gaudette
46 Bow Street, No. 2
Medford, Massachusetts  02155

/s/ Steffani Jill Boudreau
Steffani Jill Boudreau

871697.1