UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br>    Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; AND SHERMAN ACQUISITION LP,<br>    Defendant | CIVIL ACTION NO. 04CV12645 JLT |

## CORPORATE DISCLOSURE STATEMENT FOR ALEGIS GROUP LIMITED PARTNERSHIP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the Defendant, Alegis Group Limited Partnership, respectfully submits that it is a privately held limited partnership, that it is owned by Alegis Group, LLC and Sherman Financial Group, LLC, and that there is no publicly traded corporation which owns 10% or more of its stock.

    ALEGIS GROUP LIMITED PARTNERSHIP,

    By its Attorneys,
    RIEMER & BRAUNSTEIN LLP

Dated: January 13, 2005

/s/ Steffani Jill Boudreau
Steffani Jill Boudreau
BBO No. 564967
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>    Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; AND SHERMAN ACQUISITION LP,<br><br>    Defendant | CIVIL ACTION NO. 04CV12645 JLT |

## CERTIFICATE OF SERVICE

I, Steffani Jill Boudreau, hereby certify that on this date, January 13, 2005, I served the foregoing Corporate Disclosure by causing a copy of same to be delivered by first-class mail, postage prepaid, unless otherwise indicated, to:

Steven Gaudette
46 Bow Street, No. 2
Medford, Massachusetts  02155

    /s/ Steffani Jill Boudreau
    Steffani Jill Boudreau

871692.1

2