UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE | ) |
| | ) CIVIL ACTION No. 04-12645-JLT |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ALEGIS GROUP LP AND | ) |
| SHERMAN ACQUISTION LP | ) |
| | ) |
| Defendants | ) |

## PLAINTIFF'S PROPOSED STATEMENT REGARDING PRETRIAL SCHEDULE

Plaintiff submits this Statement pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Courts Notice of Scheduling Conference. Plaintiff has contacted the Defendants twice and submitted a draft of a proposed plan. The Defendants disagreed with the Plaintiffs proposed plan but did not offer one of their own. Defendants have not responded to Plaintiffs revised plan and the request to confer on a plan. Therefore, Plaintiff submits this proposed plan in order to meet the deadline for filing such statements.

### Position Asserted by Plaintiff

Violations of the Fair Debt Collection Practices Act by both Defendants. Violations of the Fair Credit Reporting Act by Defendant Sherman Acquisition.

### Position Asserted by Defendants

General denial, bona fide error as well as affirmative defenses set forth in the Defendants Answers.

## Mandatory Disclosures

Plaintiff: Sent Disclosures via US Postal Service to Defendant on February 07, 2005

Defendants: Plaintiff has not received Initial Disclosures from the Defendants.

## Magistrate Judge

Plaintiff does not consent to plenary magistrate jurisdiction.

## Settlement

Plaintiff has sent a written pre-litigation settlement proposal via U.S. Postal Service to the Defendants on February 16, 2005. Defendants have not responded.

## Proposed Conference Agenda

Settlement Proposal

Alternative Dispute Resolution

The scheduling of pre-trial and dispositive motions.

## Proposed Pretrial Schedule and Discovery Plan

| Date | |
|---|---|
| March 18, 2005 | Commence initial written discovery. |
| August 12, 2005 | Deadline for completion of all fact discovery, including requests for production of documents, requests of admissions, interrogatories and fact witness dispositions. Not including expert witness discovery. |
| September 12, 2005 | Deadline for filing dispositive motions, if any party determines such a motion is appropriate. |
| October 12, 2005 | Deadline for filing oppositions, if any, to dispositive motions. |

| | |
|---|---|
| November 14, 2005 | Plaintiff to disclose his expert and expert reports. (Plaintiff does not anticipate calling an expert witness unless to rebut any expert witness called by the Defendants.) |
| November 28, 2005 | Defendants to disclose their experts and expert reports. |
| December 28, 2005 | Expert discovery to be completed. |
| TBA by Court | Trial |

Respectfully submitted,

_____ 2/18/05
Steven Gaudette      2/18/05
46 Bow St.
Medford MA, 02155
781-393-9660

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing documents were served this day by placing copies of the same in a depository under the exclusive care and custody of the United States Postal Service in a first class, postage prepaid envelope to the Attorney for Defendants Alegis Group LP and Sherman Acquisition LP, and properly addressed as follows:

Steffani Jill Boudreau
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

This the 18th day of February, 2005

_____
Steven Gaudette
46 Bow St. #2
Medford, MA 02155
781-393-9660