UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>      Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; AND SHERMAN ACQUISITION LP,<br><br>      Defendant | CIVIL ACTION NO. 04CV12645 JLT |

### DEFENDANT, ALEGIS GROUP LIMITED PARTNERSHIP'S, LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the Defendant, Alegis Group Limited Partnership and its counsel hereby affirm that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

2. To consider the resolution of the litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

ALEGIS GROUP LIMITED
PARTNERSHIP,

Dated: February 22, 2005

By: Robert A. Roderick
Its: CEO
An Authorized Representative

COUNSEL TO THE DEFENDANT
ALEGIS GROUP LIMITED PARTNERSHIP

Steffani Jill Boudreau
BBO No. 564967
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>　　　　Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; AND SHERMAN ACQUISITION LP,<br><br>　　　　Defendant | CIVIL ACTION NO. 04CV12645 JLT |

## CERTIFICATE OF SERVICE

　　I, Steffani Jill Boudreau, hereby certify that on this date, February 22, 2005, I served the foregoing by causing a copy of same to be delivered by first-class mail, postage prepaid, and e-mail, to the Plaintiff.

　　　　　　　　　　　　　　　　　　　　/s/ Steffani Jill Boudreau
　　　　　　　　　　　　　　　　　　　　Steffani Jill Boudreau

877970.1