UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

STEVEN GAUDETTE,

    Plaintiff

v.

ALEGIS GROUP LIMITED
PARTNERSHIP; AND SHERMAN
ACQUISITION LP,

    Defendant

CIVIL ACTION NO. 04CV12645 JLT

### DEFENDANT, SHERMAN ACQUISITION LP'S, LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the Defendant, Sherman Acquisition LP and its counsel hereby affirm that they have conferred:

    1.    With a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

    2.    To consider the resolution of the litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

Dated: February 24, 2005

SHERMAN ACQUISITION LP,

By: *[signature]*
Its: Kevin Branigan
An Authorized Representative

COUNSEL TO THE DEFENDANT
SHERMAN ACQUISITION LP

*[signature]*
Steffani Jill Boudreau
BBO No. 564967
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>    Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; AND SHERMAN ACQUISITION LP,<br><br>    Defendant | CIVIL ACTION NO. 04CV12645 JLT |

## CERTIFICATE OF SERVICE

    I, Steffani Jill Boudreau, hereby certify that on this date, February 25, 2005, I served the foregoing by causing a copy of same to be delivered by first-class mail, postage prepaid, and e-mail, to the Plaintiff.


                                                    /s/ Steffani Jill Boudreau
                                                    Steffani Jill Boudreau

877970.1