UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEVEN GAUDETTE, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12645-JLT |
| | * | |
| ALEGIS GROUP LIMITED PARTNERSHIP | * | |
| and SHERMAN ACQUISITION LP, | * | |
| Defendants. | * | |

ORDER

March 8, 2005

TAURO, J.

After the Scheduling Conference held on March 8, 2005, this court hereby orders that:

1. Defendants' Motion to Enlarge Time to File Answer [#4] is ALLOWED AS MOOT;

2. The Parties shall exchange all documents disclosed pursuant to this court's Rule 26 Discovery Order by April 22, 2005;

3. Defendants may depose Plaintiff and representatives from the banks that denied Plaintiff's loan applications;

4. The Parties shall complete all discovery by May 31, 2005;

5. No additional discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for June 7, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge