```
                                        FILED
         UNITED STATES DISTRICT COURT'S OFFICE
                       FOR THE
              DISTRICT OF MASSACHUSETTS 10 P 12:50
```

| | |
|---|---|
| STEVEN GAUDETTE,<br>    Plaintiff,<br>vs.<br><br>ALEGIS GROUP LIMITED<br>PARTNERSHIP;, and SHERMAN<br>ACQUISITION LP<br>    Defendants | ) Case No.: 04 cv 12645 JLT<br>) U.S. DISTRICT COURT<br>) DISTRICT OF MASS.<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

The plaintiff, Steven Gaudette moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure, for partial summary judgment in his favor against Defendant Sherman Acquisition Limited Partnership. As grounds for this motion, the plaintiff states that he is entitled to partial judgment as a matter of law based on the material facts on the claims made by Plaintiff for violations of the Fair Debt Collection Practices Act 15 U.S.C. § 1692, et seq. and the Fair Credit Reporting Act 15 U.S.C. § 1681s-2 et seq.. The attached Memorandum in Support and Exhibits more fully set forth the reasons for summary judgment in favor of Plaintiff.

Respectfully submitted,

/s/ Steven Gaudette
Steven Gaudette
46 BOW ST 2
MEDFORD MA 02155
781-393-9660

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br>  Plaintiff,<br>vs.<br><br>ALEGIS GROUP LIMITED<br>PARTNERSHIP;, and SHERMAN<br>ACQUISITION LP<br>  Defendants | ) Case No.: 04 cv 12645 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

  It is hereby certified that the foregoing PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT were served this day by placing copies of the same in a depository under the exclusive care and custody of the United States Postal Service in a first class, postage prepaid envelope to the Attorney for Defendant Sherman Acquisition LP, and properly addressed as follows:

Steffani Jill Boudreau
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

_____
Steven Gaudette
46 BOW ST 2
MEDFORD MA 02155
781-393-9660

This the 10th day of, March 2005