UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

STEVEN GAUDETTE,                                ) Case No.: 04 cv 12645 JLT
      Plaintiff,                                )
  vs.                                          )
                                                )
ALEGIS GROUP LIMITED PARTNERSHIP;,              )
and SHERMAN ACQUISITION LP                      )
      Defendants                                )

Affidavit of Steven Gaudette

I, Steven Gaudette, being duly sworn, depose and state the following:

1. I am the Plaintiff, Pro Se in this matter.

2. All the statements, facts and references contained in the foregoing Memorandum in Support of Motion for Partial Summary Judgment, Section I Introduction, are true and correct.

3. All the statements, facts and references contained in the foregoing Memorandum in Support of Motion for Partial Summary Judgment, Section II Statement of Facts, are true and correct.

4. All the statements, facts and references contained in the foregoing Memorandum in Support of Motion for Partial Summary Judgment, Section III Statement of the Law, are true and correct.

5. All the statements, facts and references contained in the foregoing Memorandum in Support of Motion for Partial Summary Judgment, Section IV, Argument, are true and correct.

6. All the statements, facts and references contained in the foregoing Memorandum in Support of Motion for Partial Summary Judgment, Section VI Conclusion, are true and correct.

Signed under the pains and penalties of perjury this the 10th day of March, 2005

_____          _____ 3/10/05
Steven Gaudette                          Kimberly Biggs

NOTARY PUBLIC

Kimberly Ann Biggs
Notary Public
My Commission Expires