UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>　　　Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; and SHERMAN ACQUISITION LP,<br><br>　　　Defendant | CIVIL ACTION NO. 04CV12645 JLT |

## CERTIFICATE OF SERVICE

I, Steffani Jill Boudreau, hereby certify that on this date, March 25, 2005, I served Sherman Acquisition's Opposition to Plaintiff's Motion for Partial Summary judgment and Cross-Motion for Summary Judgment, Special Affidavit of Counsel for Sherman Acquisition Authenticating Documents, and Affidavit of Kenneth Branigan, by causing a copy of same to be delivered by first-class mail, postage prepaid, to:

Steven Gaudette
46 Bow Street, No. 2
Medford, Massachusetts  02155

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Steffani Jill Boudreau

883650.1