IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

STEVEN GAUDETTE,

Plaintiff,

v.

ALEGIS GROUP LIMITED PARTNERSHIP and SHERMAN ACQUISITION LIMITED PARTNERSHIP,

Defendants.

COURT FILE NO.: CV04-12645 JLT

**AFFIDAVIT OF KEVIN BRANIGAN**

---

STATE OF SOUTH CAROLINA )
                         )ss.
COUNTY OF _____ )

KEVIN BRANIGAN, after being duly sworn on oath, deposes and states as follows:

1. I am an authorized representative of Sherman Acquisition, LP ("Sherman"), one of the defendants in this matter.

2. That I am familiar with Plaintiff's Providian Visa Gold credit card account ("Account").

3. That the credit application provided to Sherman by Providian indicates that Plaintiff signed up for the Account prior to May 26, 2000. A copy of the Account application is attached as Exhibit A.

4. That Plaintiff owes approximately $1,892 on the Account.

5. That Sherman Acquisition, L.P. purchased the account from Providian on or about March 24, 2005.

760022v1

6. On or about April 21, 2004, Sherman initially reported Plaintiff's Account to the credit reporting agencies.

7. On or about October 21, 2004, Sherman requested that its tradeline in regards to the Account be changed to reflect Plaintiff's dispute.

8. Defendant Sherman received three dispute notices from credit reporting agencies. As per the attached Exhibit B, the two dispute notifications from Equifax set forth that the dispute of Plaintiff was "Claims inaccurate information" and our office verified the entries as correct. In addition, the one dispute notification from Experian set forth that the dispute of Plaintiff was "Not his/hers" and our office verified the entry as correct.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Kevin Branigan

SWORN TO BEFORE ME this
24 day of March, 2005.

_____
NOTARY PUBLIC

My Commission Expires
February 1, 2015

760022v1

Exhibit A

## VISA Gold MEMBERSHIP FORM

### REPLY TODAY AND YOU CAN GET UP TO $5,000 CREDIT.

**Yes, I want my VISA® Gold card!**
I have read the ACCOUNT INFORMATION on the reverse side of this letter.

SOCIAL SECURITY NUMBER
048 -50 -5834

HOME PHONE
(603) 433-9541

WORK/SECOND PHONE
(617) 343-5555 x 181

YEARLY HOUSEHOLD INCOME
$ 50,000

WOULD YOU LIKE YOUR CARD SENT BY EXPRESS MAIL AFTER PROCESSING? ☒ YES ☐ NO
A ONE-TIME $19.95 FEE WILL BE BILLED TO YOUR FIRST STATEMENT.

SIGNATURE (ONE SIGNATURE ONLY)
X [signature]
   [signature]

**LIMITED-TIME OFFER**   Expires on: May 26, 2000

Product #: 6252K6

Please correct information below if necessary.

Steven E. Gaudette
675 Vfw Py Apt. 148
Chestnut Hill, MA 02467-3656

SHERMAN ID 8705566165
PORTFOLIO ID 34470

FEB 0 2 2005

AGENCY Sherman
DEBTOR # _____

252-50016-8067-1

V1054

| Edit | Dispute Type | Dispute Source | Verbal Dispute Date | Written Dispute Date | Resolution Date | Resolution Type | Created | Updated |
|---|---|---|---|---|---|---|---|---|
| Error! Hyperlink reference not valid. | Disputes Credit Bureau Trade-line | Debtor | 08/04/2004 | | 08/31/2004 | Manual CBR Resolution | 8/31/2004 9:29:47 AM by alemley | |

Control#99994226048135206-EQUF-Claims inaccurate information-VERIFIED REPORTING

| Edit | Dispute Type | Dispute Source | Verbal Dispute Date | Written Dispute Date | Resolution Date | Resolution Type | Created | Updated |
|---|---|---|---|---|---|---|---|---|
| Error! Hyperlink reference not valid. | Disputes Credit Bureau Trade-line | Debtor | 08/20/2004 | | 09/09/2004 | Manual CBR Resolution | 9/9/2004 8:28:24 AM by mawad | |

CT#1292942625001 1:Not his/hers. Exp-VERIFIED AS REPORTED

| Edit | Dispute Type | Dispute Source | Verbal Dispute Date | Written Dispute Date | Resolution Date | Resolution Type | Created | Updated |
|---|---|---|---|---|---|---|---|---|
| Error! Hyperlink reference not valid. | Disputes Credit Bureau Trade-line | Debtor | 09/11/2004 | | 09/22/2004 | Manual CBR Resolution | 9/22/2004 2:11:16 PM by ktollison | |

CTRL#99994265016816210 --- EQF --- 112 : Claims inaccurate information -- VERIFIED AS REPORTED

| Edit | Dispute Type | Dispute Source | Verbal Dispute Date | Written Dispute Date | Resolution Date | Resolution Type | Created | Updated |
|---|---|---|---|---|---|---|---|---|
| Error! Hyperlink reference not valid. | Dispute created by Strategic Workflow | | | 10/04/2004 | | | 10/4/2004 7:17:15 AM by Strategic Workflow | |

WDS Dispute received by Receivable Management Solutions and entered by Strategic Workflow.

760106v1