UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>          Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; and SHERMAN ACQUISITION LP,<br><br>          Defendants | CIVIL ACTION NO. 04CV12645 JLT |

## DEFENDANTS' MOTION TO ADMIT MICHAEL S. PONCIN, ESQUIRE PRO HAC VICE AS CO-COUNSEL TO THE DEFENDANTS

The undersigned, Steffani Jill Boudreau, a member in good standing of the Massachusetts Bar, whose appearance has been filed in this action, hereby moves the Court to admit Michael S. Poncin, Esquire, of Minneapolis, Minnesota, *pro hac vice* as co-counsel to the Defendants, Sherman Acquisition Limited Partnership and Alegis Group, LP.  As grounds, the undersigned states, as appears in the Certificate of Michael S. Poncin, Esquire, filed herewith, as follows:

    1.    Michael S. Poncin is a member in good standing of the United States District Court for the District of Minnesota, and the highest court of the State of Minnesota.

    2.    Michael S. Poncin is a member of the bar in good standing in every jurisdiction where he has been admitted to practice.

    3.    There are no disciplinary proceedings pending against Michael S. Poncin as a member of the bar in any jurisdiction; and

    4.    Michael S. Poncin is familiar with the Federal Rules of Civil Procedure, and the Court's Orders entered in this case, and is competent to practice before this Court.

2

WHEREFORE, the undersigned, Steffani Jill Boudreau, respectfully respects that this Court admit Michael S. Poncin, Esquire, *pro hac vice* as co-counsel to the Defendants in this action, Sherman Acquisition LP and Alegis Group, LP.

                                        SHERMAN ACQUISITION, LP; ALEGIS
                                        GROUP LIMITED PARTNERSHIP,

                                        By its attorneys,
                                        RIEMER & BRAUNSTEIN LLP

Dated:  April 12, 2005                         /s/ Steffani Jill Boudreau
                                        Steffani Jill Boudreau
                                        BBO No. 564967
                                        Riemer & Braunstein LLP
                                        Three Center Plaza
                                        Boston, Massachusetts 02108
                                        (617) 523-9000

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>    Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; and SHERMAN ACQUISITION LP,<br><br>    Defendants | CIVIL ACTION NO. 04CV12645 JLT |

## CERTIFICATE OF SERVICE

    I, Steffani Jill Boudreau, hereby certify that on this date, April 12, 2005, I served the Motion to Admit Pro Hac Vice, Certificate of Michael S. Poncin, and Notice of Appearance and Request for Copies of Notices, Orders and Pleading, by causing copies of same to be delivered by first-class mail, postage prepaid, to:

    Steven Gaudette
    46 Bow Street, No. 2
    Medford, Massachusetts  02155


    /s/ Steffani Jill Boudreau
    Steffani Jill Boudreau

881406.1

3