UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>    Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; and SHERMAN ACQUISITION LP,<br><br>    Defendants | CIVIL ACTION NO. 04CV12645 JLT |

**NOTICE OF APPEARANCE AND REQUEST FOR COPIES
OF NOTICES, ORDERS AND PLEADINGS OF MICHAEL S. PONCIN**

Please enter on the docket my appearance as co-counsel for the Defendants, Sherman Acquisition Limited Partnership and Alegis Group LP.

                                                SHERMAN ACQUISITION, LP;
                                                ALEGIS GROUP LIMITED
                                                PARTNERSHIP,

                                                By its attorneys,
                                                MOSS & BARNETT PA

Dated:  April 12, 2005                          /s/ Michael S. Poncin
                                                Michael S. Poncin
                                                Minnesota Bar No. 296417
                                                Moss & Barnett, PA
                                                4900 Wells Fargo Center
                                                Minneapolis, Minnesota  55402

881423.1