UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN GAUDETTE,<br><br>    Plaintiff<br><br>v.<br><br>ALEGIS GROUP LIMITED PARTNERSHIP; and SHERMAN ACQUISITION LP,<br><br>    Defendant | CIVIL ACTION NO. 04CV12645 JLT |

### CERTIFICATE OF MICHAEL S. PONCIN IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

I, Michael S. Poncin, Esquire, being duly sworn, hereby depose and state as follows:

1. I am a member in good standing of the United States District Court for the District of Minnesota, and the highest court of the State of Minnesota.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Federal Rules of Civil Procedure, and the Court's Orders entered in this case, and am competent to practice before this Court.

                                                   Michael S. Poncin

881412.1