UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
'S OFFICE

'05 MAY 11 P 12: 16

COURT

STEVEN GAUDETTE,

      Plaintiff

v.

ALEGIS GROUP LIMITED
PARTNERSHIP; and SHERMAN
ACQUISITION LP,

      Defendants

CIVIL ACTION NO. 04CV12645 JLT

## STIPULATION OF DISMISSAL

    The Plaintiff, Steven Gaudette, and the Defendants, Alegis Group Limited Partnership and Sherman Acquisition L.P., hereby stipulates and agree that the above-captioned action is hereby dismissed, with prejudice and without costs to either party. The parties waive all rights of appeal herefrom.

ALEGIS GROUP LIMITED
PARTNERSHIP, and SHERMAN
ACQUISITION LIMITED PARTNERSHIP,

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

Steven Gaudette
46 Bow Street, #2
Medford, MA 02155
(781) 393-9660

Steffani Jill Boudreau
BBO No. 564967
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

891076.1